UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BEN MARTIN | CIVIL ACTION |
| VERSUS | NO. 23-130-JWD-SDJ |
| ROSS STORES, INC., ET AL. | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 14, 2023 (Doc. 9), to which no objection was filed,

**IT IS ORDERED** that Defendants' unopposed Motion to Remand (Doc. 7) is **GRANTED** and that this litigation is **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 29, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**